IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RYAN CHRISTOPHER FULTZ,

          Petitioner,

v.                    CIVIL ACTION NO.   5:23-cv-00281

WARDEN HECKARD
*FCI Beckley,*

          Respondent.

**ORDER**

Pending before the Court is Petitioner Ryan Christopher Fultz's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1).   By Standing Order filed on March 30, 2023, this matter was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").  (ECF No. 14).   Magistrate Judge Tinsley filed his PF&R on September 17, 2025, recommending that this Court dismiss without prejudice Petitioner's § 2241 petition and this civil action for lack of jurisdiction.   (ECF No. 14.)

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).   Failure to file timely objections constitutes a waiver of de novo review and Petitioner's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).   In addition, this Court need

not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on October 6, 2025. (ECF No. 14). To date, no objections have been filed, thus constituting a waiver of *de novo* review and Petitioner's right to appeal this Court's order.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 14), and **DISMISSES WITHOUT PREJUDICE** the Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus, (ECF No. 1), and this civil action for lack of jurisdiction. The Clerk is **DIRECTED** to remove this matter from the Court's active docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 18, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE